FILED

2020 JUN 18 PM 2: 47

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.                                    Case No. 3:20-cr-86-J-34PDB

JORGE PEREZ
RICARDO PEREZ
SETH GUTERMAN
AARON DURALL
JAMES F. PORTER, JR.
SEAN PORTER
CHRISTIAN FLETCHER
NEISHA ZAFFUTO
AARON ALONZO
NESTOR ROJAS

---

UNITED STATES OF AMERICA

v.                                    Case No. 3:19-cr-113-J-32JBT

KYLE MARCOTTE

---

UNITED STATES OF AMERICA

v.                                    Case No. 3:19-cr-166-J-32JRK

DAVID LANE BYRNS

---

## *IN CAMERA* NOTICE OF RELATED CASES

The United States of America, via the undersigned, hereby notifies this Honorable Court, pursuant to Rule 1.04(b) of the Local Rules of the United States District Court, Middle District of Florida, of the existence of the referenced cases, which concern the same or similar issues of law and fact.

Dated: June 18, 2020.

        Respectfully submitted,

        MARIA CHAPA LOPEZ
        United States Attorney


By:   */s/ Tysen Duva*
      TYSEN DUVA
      Assistant United States Attorney
      Florida Bar No. 0603511
      300 N. Hogan Street, Suite 700
      Jacksonville, Florida 32202
      Telephone:  (904) 301-6300
      Facsimile:   (904) 301-6310
      E-mail:    Tysen.Duva@usdoj.gov

ROBERT ZINK
CHIEF
U.S. DEPARTMENT OF JUSTICE
CRIMINAL DIVISION, FRAUD SECTION

By: */s/ James V. Hayes*
GARY A. WINTERS
JAMES V. HAYES
TRIAL ATTORNEYS
United States Department of Justice
Criminal Division, Fraud Section
1400 New York Avenue, NW
Washington, DC 20005
Tel: (202) 598-2382
Email: Gary.Winters@usdoj.gov
James.Hayes@usdoj.gov