# EXHIBIT A



| Line | 42 REV CD | 44 HCPCS/RATE/HIPPS CODE | 45 SERV DATE | 46 SERV UNITS | 47 TOTAL CHARGES |
|---|---|---|---|---|---|
| 1 | 0300 | 80348 | 030216 | 1 | 180 00 |
| 2 | 0300 | 80346 | 030216 | 1 | 196 00 |
| 3 | 0300 | 80320 | 030216 | 1 | 142 00 |
| 4 | 0300 | 80324 | 030216 | 1 | 164 00 |
| 5 | 0300 | 80345 | 030216 | 1 | 121 00 |
| 6 | 0300 | 80353 | 030216 | 1 | 160 00 |
| 7 | 0300 | 80363 | 030216 | 1 | 618 00 |
| 8 | 0300 | 80349 | 030216 | 1 | 180 00 |
| 9 | 0300 | 80365 | 030216 | 1 | 190 00 |
| 10 | 0300 | 82570 | 030216 | 1 | 70 00 |
| 11 | 0300 | 82542 | 030216 | 3 | 690 00 |
| 12 | 0300 | 83789 | 030216 | 3 | 660 00 |
| 13 | 0300 | 80350 | 030216 | 1 | 260 00 |
| 14 | 0300 | 80368 | 030216 | 1 | 210 00 |
| 15 | 0300 | 80369 | 030216 | 1 | 190 00 |
| 16 | 0300 | 83992 | 030216 | 1 | 190 00 |
| 17 | 0300 | 80358 | 030216 | 1 | 173 00 |
| 18 | 0300 | 80335 | 030216 | 1 | 190 00 |
| 19 | 0300 | 80356 | 030216 | 1 | 220 00 |
| 20 | 0300 | G0480 | 030216 | 1 | 386 00 |

REGIONAL GENERAL HOSPITAL- 125 SW 7TH STREET WILLISTON, FL 32696-2403

PAT CNTL # 38807
Type of Bill: 141
STATEMENT COVERS PERIOD FROM 030216 THROUGH 030216

ADMISSION DATE 030216 09 3 1 STAT 01

PAGE 1 OF 1  CREATION DATE 111120  TOTALS 5190.00

50 PAYER NAME: BC/BS FLORIDA
56 NPI: 1679819387
59 P.REL: 18
62 INSURANCE GROUP NO: 99999

66 DX: F19.20
69 ADMIT DX / 70 PATIENT REASON DX: F19.20

76 ATTENDING NPI: 1427213727
LAST: MARCUS  FIRST: DECARVALHO

80 REMARKS:
BC/BS FLORIDA
PO BOX 1798
JACKSONVILLE FL 32231

REGIONAL GENERAL HOSPITAL-
125 SW 7TH STREET
WILLISTON, FL 32696-2403
null

PAT. CNTL #: 87312
TYPE OF BILL: 141

STATEMENT COVERS PERIOD FROM 061616 THROUGH 061616

BIRTHDATE: 061616  SEX: M  ADMISSION DATE: 061616  HR: 13  TYPE: 3  SRC: 1  STAT: 01

| # | REV CD | HCPCS | SERV DATE | SERV UNITS | TOTAL CHARGES |
|---|--------|-------|-----------|------------|---------------|
| 1 | 0300 | 80348 | 061616 | 1 | 180.00 |
| 2 | 0300 | 80346 | 061616 | 1 | 196.00 |
| 3 | 0300 | 80320 | 061616 | 1 | 142.00 |
| 4 | 0300 | 80324 | 061616 | 1 | 164.00 |
| 5 | 0300 | 80345 | 061616 | 1 | 121.00 |
| 6 | 0300 | 80353 | 061616 | 1 | 160.00 |
| 7 | 0300 | 80364 | 061616 | 1 | 680.00 |
| 8 | 0300 | 80349 | 061616 | 1 | 180.00 |
| 9 | 0300 | 80365 | 061616 | 1 | 190.00 |
| 10 | 0300 | 82570 | 061616 | 1 | 70.00 |
| 11 | 0300 | 82542 | 061616 | 4 | 920.00 |
| 12 | 0300 | 83789 | 061616 | 3 | 660.00 |
| 13 | 0300 | G0481 | 061616 | 1 | 594.00 |
| 14 | 0300 | 80350 | 061616 | 1 | 260.00 |
| 15 | 0300 | 80368 | 061616 | 1 | 210.00 |
| 16 | 0300 | 80369 | 061616 | 1 | 190.00 |
| 17 | 0300 | 83992 | 061616 | 1 | 190.00 |
| 18 | 0300 | 80358 | 061616 | 1 | 173.00 |
| 19 | 0300 | 80366 | 061616 | 1 | 210.00 |
| 20 | 0300 | 80355 | 061616 | 1 | 220.00 |
| 21 | 0300 | 80336 | 061616 | 1 | 260.00 |
| 22 | 0300 | 80356 | 061616 | 1 | 220.00 |

PAGE 1 OF 1  CREATION DATE 111120  TOTALS 6190.00

PAYER NAME: BC/BS FLORIDA
A. REL INFO: Y  ASG BEN: Y
NPI: 1679819387

INSURED'S P.REL: 18
INSURANCE GROUP NO: B2594

DX: F19.20
ADMIT DX: 6
PATIENT REASON DX: F19.20

ATTENDING NPI: 1366799223  LAST: Langford  FIRST: Cecilia

REMARKS:
BC/BS FLORIDA
PO BOX 1798
JACKSONVILLE FL 32231



**REGIONAL GENERAL HOSPITAL - 125 SW 7TH STREET, WILLISTON, FL 32696-2403**

3a PAT. CNTL. #: 97507
Type of Bill: 141
Statement Covers Period: FROM 070516 THROUGH 070516

| # | 42 REV CD | 44 HCPCS / RATE / HIPPS CODE | 45 SERV DATE | 46 SERV UNITS | 47 TOTAL CHARGES |
|---|---|---|---|---|---|
| 1 | 0300 | 80348 | 070516 | 1 | 180.00 |
| 2 | 0300 | 80346 | 070516 | 1 | 196.00 |
| 3 | 0300 | 80320 | 070516 | 1 | 142.00 |
| 4 | 0300 | 80324 | 070516 | 1 | 164.00 |
| 5 | 0300 | 80345 | 070516 | 1 | 121.00 |
| 6 | 0300 | 80353 | 070516 | 1 | 160.00 |
| 7 | 0300 | 80364 | 070516 | 1 | 680.00 |
| 8 | 0300 | 80349 | 070516 | 1 | 180.00 |
| 9 | 0300 | 80365 | 070516 | 1 | 190.00 |
| 10 | 0300 | 82570 | 070516 | 1 | 70.00 |
| 11 | 0300 | 82542 | 070516 | 4 | 920.00 |
| 12 | 0300 | 83789 | 070516 | 3 | 660.00 |
| 13 | 0300 | G0481 | 070516 | 1 | 594.00 |
| 14 | 0300 | 80350 | 070516 | 1 | 260.00 |
| 15 | 0300 | 80368 | 070516 | 1 | 210.00 |
| 16 | 0300 | 80369 | 070516 | 1 | 190.00 |
| 17 | 0300 | 83992 | 070516 | 1 | 190.00 |
| 18 | 0300 | 80358 | 070516 | 1 | 173.00 |
| 19 | 0300 | 80366 | 070516 | 1 | 210.00 |
| 20 | 0300 | 80355 | 070516 | 1 | 220.00 |
| 21 | 0300 | 80336 | 070516 | 1 | 260.00 |
| 22 | 0300 | 80356 | 070516 | 1 | 220.00 |

PAGE 1 OF 1 — CREATION DATE 111120 — TOTALS: 6190.00

50 PAYER NAME: BC/BS FLORIDA
56 NPI: 1679819387
59 P.REL: 18
62 INSURANCE GROUP NO: A53757

DX: F19.20, F10.20
70 PATIENT REASON DX: F19.20, F10.20

76 ATTENDING — NPI 1285770883 — LAST: Tomasulo  FIRST: Joanne

80 REMARKS:
BC/BS FLORIDA
PO BOX 1798
JACKSONVILLE FL 32231



EXHIBIT B



Reimbursement Policy
UB04

## Non-Patient Facility Laboratory Services Policy

| Policy Number | 2019R6007A | Annual Approval Date | 5/9/2018 | Approved By | Reimbursement Policy Oversight Committee |
|---|---|---|---|---|---|

### IMPORTANT NOTE ABOUT THIS REIMBURSEMENT POLICY

You are responsible for submission of accurate claims. This reimbursement policy is intended to ensure that you are reimbursed based on the code or codes that correctly describe the health care services provided. UnitedHealthcare reimbursement policies may use Current Procedural Terminology (CPT®*), Centers for Medicare and Medicaid Services (CMS) or other coding guidelines. References to CPT or other sources are for definitional purposes only and do not imply any right to reimbursement.

This reimbursement policy applies to all health care services billed on UB04 forms. Coding methodology, industry-standard reimbursement logic, regulatory requirements, benefits design and other factors are considered in developing reimbursement policy.

This information is intended to serve only as a general reference resource regarding UnitedHealthcare's reimbursement policy for the services described and is not intended to address every aspect of a reimbursement situation. Accordingly, UnitedHealthcare may use reasonable discretion in interpreting and applying this policy to health care services provided in a particular case. Further, the policy does not address all issues related to reimbursement for health care services provided to UnitedHealthcare enrollees. Other factors affecting reimbursement may supplement, modify or, in some cases, supersede this policy. These factors may include, but are not limited to: legislative mandates, the physician or other provider contracts, the enrollee's benefit coverage documents and/or other reimbursement, medical or drug policies. Finally, this policy may not be implemented exactly the same way on the different electronic claims processing systems used by UnitedHealthcare due to programming or other constraints; however, UnitedHealthcare strives to minimize these variations.

UnitedHealthcare may modify this reimbursement policy at any time by publishing a new version of the policy on this Website. However, the information presented in this policy is accurate and current as of the date of publication.
*CPT Copyright American Medical Association. All rights reserved. CPT® is a registered trademark of the American Medical Association.

### Application

This reimbursement policy applies to services reported using the UB-04 claim form or its electronic equivalent or its successor form. This policy applies to all products and all network and non-network facilities, including, but not limited to, non-network authorized and percent of charge contract facilities.

### Policy

#### Overview

This policy describes how UnitedHealthcare reimburses non-patient laboratory services when submitted with Type of Bill (TOB) 014X for providers that are not reimbursed according to a fee schedule.

#### Reimbursement Guidelines

CMS guidance requires laboratory tests for non-patient laboratory specimens to be billed on a 014X claim, including those tests performed by Critical Access Hospitals (CAHs). CMS pays for TOB 014X claims according to the clinical laboratory fee schedule, at the lesser of the actual charge, the fee schedule amount, or the National Limitation Amount (NLA), including CAHs and MD Waiver hospitals.

UnitedHealthcare will deny claims for Non-Patient Laboratory Specimen tests submitted on a TOB 014X by facilities that are not paid for those services according to a fee schedule.

Proprietary information of UnitedHealthcare. Copyright 2019 United HealthCare Services, Inc.