UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.  Case No. 3:20-cr-86-TJC-JBT

JORGE PEREZ, et al.

**GOVERNMENT'S STATUS REPORT REGARDING
SUPPLEMENTAL REPORT OF DR. COREY WALLER**

Pursuant to the Court's order of March 25, 2022 (Doc. 539), the Government hereby provides this status report and notifies the Court and the defendants that the Government intends to submit a supplemental expert report for its medical necessity expert, Dr. Corey Waller, by April 15, 2022.

As the Court and the defendants are aware, the government will be offering the testimony of Dr. Waller because its original expert on this subject, Dr. Kelly Clark, is unable to testify for medical reasons. *See* Doc. 524. Dr. Waller will submit a short supplemental report that describes his methodology and outlines the opinions he reached. The government expects that Dr. Waller's report will describe how he reviewed and analyzed the claims data that had been supplied to Dr. Clark before even reading Dr. Clark's report, and that on the basis of his training and experience, he formed the same conclusion that there was a massive amount of excessive and unnecessary testing performed and billed through the four hospitals at issue. A general summary of Dr. Waller's expected testimony is provided in Doc. 524, and therefore the Government will not revisit it here.

Respectfully submitted,

ROGER B. HANDBERG
United States Attorney

By: */s/ Tysen Duva*
TYSEN DUVA
Assistant United States Attorney
Florida Bar No. 0603511
300 N. Hogan Street, Suite 700
Jacksonville, Florida 32202
Telephone: (904) 301-6300
Facsimile:  (904) 301-6310
E-mail: Tysen.Duva@usdoj.gov

JOSEPH S. BEEMSTERBOER
ACTING CHIEF
U.S. DEPARTMENT OF JUSTICE
CRIMINAL DIVISION, FRAUD SECTION

By: */s/ Gary A. Winters*
JAMES V. HAYES (FL Bar # A5501717)
Senior Litigation Counsel
GARY A. WINTERS (FL Bar # A5501852)
Trial Attorney
United States Department of Justice
Criminal Division, Fraud Section
1400 New York Avenue, NW
Washington, DC 20005
Tel: (202) 598-2382
Email: Gary.Winters@usdoj.gov
       James.Hayes@usdoj.gov

## CERTIFICATE OF SERVICE

      I, hereby certify that, on April 1, 2022, a true and correct copy of the foregoing was filed and served on all counsel via the CM/ECF system.

                                            */s/ Gary A. Winters*
                                            GARY A. WINTERS
                                            Trial Attorney
                                            Criminal Division, Fraud Section