UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.  Case No. 3:20-cr-86(S1)-J-32JBT

JORGE PEREZ
RICARDO PEREZ
SETH GUTERMAN
AARON DURALL
JAMES F. PORTER, JR.
SEAN PORTER
CHRISTIAN FLETCHER
NEISHA ZAFFUTO
AARON ALONZO
NESTOR ROJAS

**NOTICE OF COMPLIANCE WITH
DISCLOSURE DEADLINE OF SUPPLEMENTAL
REPORT OF DR. COREY WALLER**

The United States of America, via the undersigned, notifies this Court pursuant to this Court's Order on March 25, 2022 (Doc. 539) and the Government's Status Report Regarding Supplemental Report of Dr. Corey Waller (Doc. 547), that the Government provided the two-page supplemental report of Dr. Corey Waller to the defendants on even date of this filing. The Government provided a copy of the supplemental report and Dr. Waller's Resume (previously provided to defense counsel) to the Chambers of the Honorable Timothy J. Corrigan per the Scheduling Order.

1

Dated this 15th day of April, 2022.

        Respectfully submitted,

        ROGER B. HANDBERG
        United States Attorney

By:   */s/ Tysen Duva*
        Tysen Duva
        Assistant United States Attorney
        Florida Bar No. 0603511
        300 N. Hogan Street, Suite 700
        Jacksonville, Florida 32202
        Telephone:  (904) 301-6300
        Facsimile:   (904) 301-6310
        E-mail:      tysen.duva@usdoj.gov

        JOSEPH S. BEEMSTERBOER
        ACTING CHIEF
        U.S. DEPARTMENT OF JUSTICE
        CRIMINAL DIVISION, FRAUD SECTION

By:   */s/ Gary A. Winters*
        Gary A. Winters
        James V. Hayes
        TRIAL ATTORNEYS
        United States Department of Justice
        Criminal Division, Fraud Section
        1400 New York Avenue, NW
        Washington, DC 20005
        Tel: (202) 598-2382
        Email: gary.winters@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that, on April 15, 2022, a true and correct copy of the foregoing was filed and served on all counsel via the CM/ECF system.

                                            */s/ Tysen Duva*
                                            Tysen Duva
                                            Assistant United States Attorney