**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA

vs.  CASE NO. 3:20-cr-86-TJC-JBT

JORGE PEREZ, et al.

## O R D E R

This case is before the Court on the Defendant James F. Porter's Motion to Preclude Expert Testimony of Dr. R. Corey Waller, MD, MS (Doc. 593) filed on April 22, 2022, which another defendant adopted (Doc. 635), and to which the Government responded (Doc. 632). The Court heard the motion on April 29, 2022, and took it under advisement. (Doc. 658). The Daubert standard allows expert testimony to be admitted into evidence if: (1) the expert is qualified to testify competently regarding the matters he intends to address, (2) the methodology by which the expert reaches his conclusions is sufficiently reliable, and (3) the testimony assists the trier of fact. See FED. R. EVID. 702; City of Tuscaloosa v. Harcros Chems., Inc., 158 F.3d 548, 562–63 (11th Cir. 1998) (citing Daubert v. Merrell Dow Pharms., Inc., 509 U.S. 579, 589 (1993)). In the motion and at the hearing, Porter largely challenges whether Dr. Waller's methodology is sufficiently reliable. (Doc. 593 at 8–9; Doc. 660 at 85:1–106:10).

Since the hearing, the Court has considered the parties' thorough arguments and closely reviewed Dr. Waller's supplemental expert report, Dr. Clark's expert report upon which Dr. Waller relies, and case law under the <u>Daubert</u> standard. Upon careful consideration, the Court finds that Dr. Waller's methodology is sufficiently reliable under <u>Daubert</u> and that Dr. Waller's proposed testimony meets the other <u>Daubert</u> requirements. Because the trial in this case is set to commence on May 9th, the Court is issuing this relatively brief Order on the motion. As necessary, the Court will issue a more complete opinion at a later time. Accordingly, it is hereby

**ORDERED:**

Defendant James F. Porter's Motion to Preclude Expert Testimony of Dr. R. Corey Waller, MD, MS (Doc. 593) is **DENIED**.

**DONE AND ORDERED** in Jacksonville, Florida this 4th day of May, 2022.



TIMOTHY J. CORRIGAN
United States District Judge

ksm
Copies:

Counsel of Record
Defendants