# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

CASE NO. 3:20-CR-86-TJC-JBT

UNITED STATES OF AMERICA,

      Plaintiff,

v.

AARON DURALL, *et al.*

      Defendants.

_____/

## UNITED HEALTHCARE, INC.'S MOTION FOR ADMISSION *PRO HAC VICE* AND WRITTEN DESIGNATION AND CONSENT TO ACT

Pursuant to Rule 2.02 of the Local Rules for the United States District Court for the Middle District of Florida, Non-Party, United HealthCare, Inc. ("United") moves this Court for an order allowing Jonathan Wilson to appear in this Court as counsel on behalf of United in the above-styled lawsuit. In support of this Motion, United states as follows:

1. Mr. Wilson is the Deputy General Counsel employed to represent the interests of United.

2. Mr. Wilson is neither admitted to practice in the United States District Court for the Middle District of Florida nor a member of the Florida Bar.

63373783;1

3. Mr. Wilson is a member in good standing and admitted to practice in the United States District Court for the District of Minnesota and all courts of the State of Minnesota.

4. Mr. Wilson is familiar with, and will be governed by, the Local Rules of the United States District Court for the Middle District of Florida, including Rules 2.01(d), 2.02, and Rule 2.04 thereof. Mr. Wilson is familiar with, and will be governed by, the Code of Professional Responsibility and the other ethical limitations or requirements governing the professional behavior of members of the Florida Bar.

5. Mr. Wilson has not been admitted *pro hac vice* in any other matters in state or federal court in Florida within the last thirty-six months.

6. As such, Mr. Wilson has not abused the privilege of special admission by maintaining a regular law practice in Florida.

7. Mr. Wilson designates Carmen Ortega-Rivero and the law firm of Akerman LLP, 98 Southeast Seventh Street, Suite 1100, Miami, Florida 33301, carmen.ortega-rivero@akerman.com, as the lawyer and law firm upon whom all notices and papers may be served and who will be responsible for the progress of the case, including the trial in default of the non-resident attorneys. Carmen Ortega-Rivero is a member in good standing of the Florida Bar and the United States District

Court for the Middle District of Florida and maintains an office in this state for the practice of law.

8. Through her signature below, Carmen Ortega-Rivero of the law firm of Akerman LLP hereby consents to such designation and the terms of this Motion.

9. Pursuant to Rule 2.02(a), Local Rules, United States District Court, Middle District of Florida, Carmen Ortega-Rivero certifies that Mr. Wilson has complied with the fee requirements of Rule 2.01(c) and will complete e-filing registration in accordance with Rule 2.01(c) of the Local Rules of the United States District Court for the Middle District of Florida.

WHEREFORE, Non-Party, United HealthCare, Inc., respectfully requests this Court enter an order admitting Jonathan Wilson to practice before this Court *pro hac vice* for all purposes relating to this matter.

## RULE 3.01(G) CERTIFICATION

Pursuant to Local Rule 3.01(g), Local Rules, United States District Court for the Middle District of Florida, counsel for United conferred with counsel for the government, who do not oppose this Motion.

Date: May 6, 2022

Respectfully submitted,

**AKERMAN LLP**

By: */s/ Carmen Ortega-Rivero*
**Ferdose al-Taie, Esq.** (*pro hac vice*)
District of Columbia Bar No. 467730
Maryland Bar No. 112110013
Texas Bar No. 24106644
ferdose.al-taie@akerman.com
2001 Ross Avenue, Suite 3600
Dallas, Texas 75201
Telephone: (214) 720-4308

and

**Irene Bassel Frick, Esq.**
Florida Bar No. 0158739
irene.basselfrick@akerman.com
nicole.emmett@akerman.com
AKERMAN LLP
401 East Jackson Street, Suite 1700
Tampa, Florida 33602
Telephone: (813) 223-7333

and

**Carmen Ortega-Rivero, Esq.**
Florida Bar No. 1025996
carmen.ortega-rivero@akerman.com
Three Brickell City Centre
98 Southeast Seventh Street, Suite 1100
Miami, Florida 33131
Telephone: (305) 374-5600

*Counsel for United HealthCare, Inc.*