**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA

vs.  CASE NO. 3:20-cr-86-TJC-JBT

JORGE PEREZ,
RICARDO PEREZ,
AARON DURALL,
JAMES F. PORTER, JR.,
SEAN PORTER,
CHRISTIAN FLETCHER,
NEISHA ZAFFUTO and
AARON ALONZO

## ORDER SCHEDULING TRIAL

This case came before the Court on July 29, 2022, for a telephone status conference, the record of which is incorporated by reference. Based on the ore tenus motions of all defendants to continue the trial to 2023, it is hereby

**ORDERED:**

1. For the reasons stated on the record at the July 29, 2022, status conference, the Court finds that given the length and complexity of the trial, along with the number of defendants to be tried, the ends of justice served by the continuance outweigh the best interests of the public and the defendants in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). Defendants' ore tenus motions to continue the trial are therefore **GRANTED**.

2. The jury trial is scheduled **as to all defendants** to begin on **February 21, 2023 at 9:00 a.m.** in the United States Courthouse, Courtroom 13A, Thirteenth Floor, 300 North Hogan Street, Jacksonville, Florida.[1] **To avoid conflicts, the parties, their counsel and witnesses should reserve all dates between February 21, 2023 and March 31, 2023.**

3. Additionally, the following deadlines are set:

A. No later than **October 4, 2022**, the government shall serve its Federal Rule of Criminal 16(a)(1)(G) expert reports and submit a copy to the Court. Alternatively, the government can give notice that its previous expert reports will stand over.

B. No later than **November 4, 2022**, Defendants shall serve their Federal Rule of Criminal Procedure 16(b)(1)(C) expert reports and submit a copy to the Court. Alternatively, defendants can give notice that their previous expert reports will stand over.

C. No later than **November 18, 2022**, the parties shall file any pretrial motions. To the extent any party filed a motion before the previous trial commenced on May 9, 2022, there is no need to re-file the same motion and all rulings on those motions remain in effect.

---

[1] After the hearing, at which counsel discussed their conflicting trial schedules, the Court made a scheduling inquiry with another court and considered all possibilities before determining that the February 21, 2023 start date was the best available alternative.

   D. No later than **December 6, 2022**, the parties shall file responses to any pretrial motions.

   E. The deadline for executing a plea agreement or announcing an intent to plead guilty without a plea agreement is **December 21, 2022**. Change of plea hearings will thereafter be promptly set with the Magistrate Judge.

  4. This case is now **SET** for an **IN-PERSON HEARING** on all pending motions and a **STATUS CONFERENCE** on **January 11, 2023 at 10:00 a.m.** in Courtroom 10D.[2] Additional conferences and hearings will be scheduled as necessary.

  **DONE AND ORDERED** in Jacksonville, Florida this 30th day of July, 2022.



TIMOTHY J. CORRIGAN
United States District Judge

---

[2] All persons entering the Courthouse must present photo identification to Court Security Officers. Although cell phones, laptop computers, and similar electronic devices generally are not permitted in the building, attorneys may bring those items with them upon presentation to Court Security Officers of proof of membership in The Florida Bar or an Order of special admission pro hac vice. The parties are also advised to consult the Court's current coronavirus protocols, which are posted on the Court's website, www.flmd.uscourts.gov.

3

ksm
Copies:

Counsel of record
U.S. Probation
U.S. Pretrial Services
U.S. Marshals Service
Defendants